**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
**Jerome Kaleem Miller**

Case No.: **15−65627−pwb**
Chapter: **7**

# NOTICE OF DEFICIENCY REGARDING UNPAID FILING FEES

Notice is hereby given that the Debtor or Debtors (hereinafter "Debtor") is in default on the

**final filing fee installment** in this case.

Debtor is hereby notified to pay this installment fee within seven days of the entry of this deficiency notice, that is by **October 29, 2015 .**

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

If this filing fee installment is not paid on or before the above date, this case will be dismissed for failure to pay said fee, without further notice or opportunity for hearing.

A copy of this deficiency notice shall be served on Debtor, Debtor's Counsel and Trustee.

Dated:   October 22, 2015 .

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 305f Modified June, 2015